JS-6

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        No.    CV 16-2519 PA
                                            CR 12-1048 PA
         Plaintiff-Respondent,
12                                   JUDGMENT DISMISSING
      v.                             PETITIONER'S ACTION WITH
13                                   PREJUDICE
    SYED QAISAR MADAD,
14
         Defendant-Petitioner.
15
16
17      Pursuant to the Court's September 22, 2016 Order denying Defendant-Petitioner Syed

18  Qaisar Madad's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. §

19  2255,

20      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-

21  Petitioner's action is dismissed with prejudice.

22  DATED:  September 22, 2016

23                                   _____
24                                          Percy Anderson
                                     UNITED STATES DISTRICT JUDGE
25
26
27
28